# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LLOYD FALGOUT

VERSUS

AMERICAN ALTERNATIVE
INSURANCE CORPORATION, BAYOU
CANE FIRE PROTECTION
DISTRICT, AND KENNETH HIMEL

NO.  2025 CW 0366

**JUNE 30, 2025**

---

In Re:     American Alternative Insurance Corporation, The Bayou
           Cane Fire Protection District, and Kenneth Himel,
           applying for supervisory writs, 32nd Judicial District
           Court, Parish of Terrebonne, No. 189008.

---

**BEFORE:    PENZATO, WOLFE, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.**  This writ application failed to comply
with Rule 4-5 of the Uniform Rules of Louisiana Courts of Appeal,
as it failed to include a copy of pertinent court minutes.  In
addition, this court requires a copy of the hearing transcript and
all evidence admitted at the hearing.

Supplementation   of   this   writ   application   and/or   an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with
this court, it must contain all pertinent documentation, including
the missing items noted herein, and must comply with Uniform Rules
of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application
must be filed on or before July 31, 2025, and must contain a copy
of this ruling.

AHP
EW
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT